B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Mac-Access Corp.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Belkin Inc. P.O. Box 200195 Dallas, TX 75320-0195 | Belkin Inc. P.O. Box 200195 Dallas, TX 75320-0195 | | | 257,610.50 |
| Biscayne Holdings LLC 10800 Biscayne Blvd. Miami, FL 33181 | Biscayne Holdings LLC 10800 Biscayne Blvd. Miami, FL 33181 | | | 47,715.00 |
| Bootcase 3469 Casitas Avenue Los Angeles, CA 90039 | Bootcase 3469 Casitas Avenue Los Angeles, CA 90039 | | | 66,603.34 |
| Chase P.O. Box 9001022 Louisville, KY 40290-1022 | Chase P.O. Box 9001022 Louisville, KY 40290-1022 | | | 40,722.98 |
| Chase P.O. Box 15153 Wilmington, DE 19886-5153 | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | open credit | | 15,477.15 |
| Evolutive Labs Co. Ltd SF-1 N 381 Dongxing Rd 407 Taichung Taiwan | Evolutive Labs Co. Ltd SF-1 N 381 Dongxing Rd 407 | | | 35,534.10 |
| Herman Consumer Group P.O. Box 4424 Church Street Station New York, NY 10261-4424 | Herman Consumer Group P.O. Box 4424 Church Street Station New York, NY 10261-4424 | | | 605,282.91 |
| Humana Medical Plan P.O. Box 557 Carol Stream, IL 60132-0557 | Humana Medical Plan P.O. Box 557 Carol Stream, IL 60132-0557 | | | 9,116.93 |
| Humana Medical Plan P.O. Box 557 Carol Stream, IL 60132-0557 | Humana Medical Plan P.O. Box 557 Carol Stream, IL 60132-0557 | | | 9,116.93 |
| Ingram Micro, Inc. 2100 NW 88 CT Miami, FL 33172 | Ingram Micro, Inc. 2100 NW 88 CT Miami, FL 33172 | | | 52,502.99 |
| Jwin Elecrotonics Corp. 2 Harbour Park Drive Port Washington, NY 11050 | Jwin Elecrotonics Corp. 2 Harbour Park Drive Port Washington, NY 11050 | | | 32,854.87 |

B4 (Official Form 4) (12/07) - Cont.

In re   Mac-Access Corp.   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mac Access Licensing Corp.<br>11601 Biscayne Blvd.<br>Suite 100<br>Miami, FL 33181 | Mac Access Licensing Corp.<br>11601 Biscayne Blvd.<br>Suite 100<br>Miami, FL 33181 | | | 50,015.33 |
| Monster Cable Products, Inc.<br>P.O. Box 671501<br>Dallas, TX 75267-1501 | Monster Cable Products, Inc.<br>P.O. Box 671501<br>Dallas, TX 75267-1501 | | | 27,663.97 |
| Plantronics<br>P.O. Box 203387<br>Dallas, TX 75320-3387 | Plantronics<br>P.O. Box 203387<br>Dallas, TX 75320-3387 | | | 16,021.39 |
| Ronaldus Van Hal<br>Av Winston Paitilla<br>Edifico the Point<br>Piso 14 A<br>Panama City Panama | Ronaldus Van Hal<br>Av Winston Paitilla<br>Edifico the Point<br>Panama City Panama | | | 800,000.00 |
| Speculative Products Design, Inc.<br>P.O. Box 8353<br>Pasadena, CA 91109-8353 | Speculative Products Design, Inc.<br>P.O. Box 8353<br>Pasadena, CA 91109-8353 | | | 60,888.85 |
| Strax Americas Inc.<br>1867 NW 97th Avenue<br>Suite 103<br>Miami, FL 33172 | Strax Americas Inc.<br>1867 NW 97th Avenue<br>Suite 103<br>Miami, FL 33172 | | | 14,598.96 |
| Tesco Incorporated<br>11126 McCormick Road<br>Hunt Valley, MD 21031 | Tesco Incorporated<br>11126 McCormick Road<br>Hunt Valley, MD 21031 | | | 10,653.40 |
| Tuscana USA, Inc.<br>377 5th Ave<br>4th Floor<br>New York, NY 10016 | Tuscana USA, Inc.<br>377 5th Ave<br>4th Floor<br>New York, NY 10016 | | | 218,431.89 |
| Zagg Incorporated<br>3855 South 500 West<br>Suite C<br>Salt Lake City, UT 84115 | Zagg Incorporated<br>3855 South 500 West<br>Suite C<br>Salt Lake City, UT 84115 | | | 115,790.84 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 31, 2015                    Signature   /s/ Maximo V. Mullich
                                                     Maximo V. Mullich
                                                     President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.